Karl Andersen, Esq.
Nevada State Bar No. 10306
Samuel G. Broyles, Jr., Esq. APC
Nevada State Bar No. 5888
**ANDERSEN & BROYLES, LLP**
5550 Painted Mirage Road, Suite 320
Las Vegas Nevada 89149
Telephone: 702-220-4529
Facsimile: 702-834-4529
sam@andersenbroyles.com
karl@andersenbroyles.com

Attorneys for Plaintiff

Jessica L. Everett-Garcia (AZ #018359)
JEverettGarcia@perkinscoie.com
John H. Gray (AZ #028107)
JGray@perkinscoie.com
Nathan R. Kassebaum (AZ #030646)
NKassebaum@perkinscoie.com (admitted *pro hac vice*)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW VISION GAMING AND DEVELOPMENT, INC., a Massachusetts corporation,<br><br>Plaintiff,<br>v.<br><br>BALLY GAMING INC, dba BALLY TECHNOLOGIES, a Nevada corporation,<br><br>Defendant. | Civil Case No. 2:17-cv-01559-APG-PAL<br><br>**STIPULATION AND ORDER TO ENLARGE TIME TO FILE OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) THAT U.S. PATENTS NOS. 7,325,806 AND 7,451,987 ARE INVALID UNDER 35 U.S.C. § 101**<br><br>*(FIRST REQUESTED EXTENSION)* |

Pursuant to Federal Rule of Civil Procedure 6, and Local Rules 6-1 and 6-2, the parties, through counsel, Plaintiff NEW VISION GAMING AND DEVELOPMENT, INC., a

Massachusetts corporation, through Karl Andersen, Esq., and Defendant BALLY GAMING INC, dba BALLY TECHNOLOGIES, a Nevada corporation, through PERKINS COIE, LLP, and hereby stipulate and agree to enlarge the time for Plaintiff to file an opposition to the Motion for MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) THAT U.S. PATENTS NOS. 7,325,806 AND 7,451,987 ARE INVALID UNDER 35 U.S.C. § 101 (Document 50)(the "Motion") filed by the Defendant and served on the Plaintiff on August 21, 2018.

The parties acknowledge (1) this is the FIRST REQUEST to enlarge the time to file an opposition to the Motion; and, (2) additional time is needed for the Plaintiff to adequately address all the issues raised by the Motion.

The parties acknowledge, given the date of service of the Motion by electronic delivery, that the last day for Plaintiff to file an opposition was September 4, 2018.

The parties further stipulate and agree to enlarge this period of time to file a Response from September 4, 2018, to September 18, 2018.

The parties further stipulate that the deadline to enter the REPLY in support of ECF #50 (Motion for Partial Judgment on the Pleadings) be continued seven (7) additional calendar days from the standard deadline, or until October 2, 2018.

Dated: September 4, 2018

**ANDERSEN & BROYLES, LLP**

/s/ Karl Andersen
Karl Andersen, Esq.
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Attorney for Plaintiff

Dated September 4, 2018

**PERKINS COIE LLP**

/s/ John H. Gray
John H. Gray, Esq.
2901 North Central Avenue Suite 2000
Phoenix, Arizona 85012
Attorney for Defendant

"IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 6, 2018.