# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW VISION GAMING & DEVELOMENT, INC., <br><br> Plaintiff <br><br> v. <br><br> BALLY GAMING INC., <br><br> Defendant | Case No.: 2:17-cv-01559-APG-BNW <br><br> **Order for Status Report** |

I ORDER the parties to file a status report on or before October 31, 2019.

DATED this 3rd day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE