# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW VISION GAMING AND DEVELOPMENT, INC., <br><br> Plaintiff <br><br> v. <br><br> BALLY GAMING INC., <br><br> Defendant | Case No.: 2:17-cv-01559-APG-PAL <br><br> **Order for Status Report** |

In light of the parties' joint status report (ECF No. 87),

IT IS ORDERED that this case shall remain STAYED.

IT IS FURTHER ORDERED that the parties shall file a joint status report every six months or 30 days after all appeals have been exhausted, whichever is earlier.

DATED this 5th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE