1  James J. Pisanelli, Esq. (Nevada Bar #4027)
   jjp@pisanellibice.com
2  Debra L. Spinelli, Esq. (Nevada Bar #9695)
   dls@pisanellibice.com
3  M. Magali Mercera, Esq. (Nevada Bar #11742)
4  mmm@pisanellibice.com
   PISANELLI BICE PLLC
5  400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101
6  Telephone:  702.214.2100
7  Facsimile:  702.214.2101

8  Jessica L. Everett-Garcia, Esq. (AZ #018359)
   JEverettGarcia@perkinscoie.com
9  John H. Gray, Esq. (AZ #028107)
   JGray@perkinscoie.com
10 Nathan R. Kassebaum, Esq. (AZ #030646)
11 NKassebaum@perkinscoie.com
   (admitted *pro hac vice*)
12 PERKINS COIE LLP
   2901 North Central Avenue, Suite 2000
13 Phoenix, Arizona 85012-2788
   Telephone:  602.351.8000
14 Facsimile:  602.648.7000

15
   *Attorneys for Defendant and Counterclaimant Bally Gaming, Inc.*
16

17                    **UNITED STATES DISTRICT COURT**

18                           **DISTRICT OF NEVADA**

19
   | NEW VISION GAMING AND DEVELOPMENT, INC., a Massachusetts corporation, | Case No. 2:17-cv-1559-APG-PAL |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE CAPTION** |
   | v. | |
   | BALLY GAMING INC., dba BALLY TECHNOLOGIES, a Nevada corporation, | |
   | Defendant. | |

Defendant Bally Gaming Inc. and Plaintiff New Vision Gaming and Development, Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

1. Bally Gaming Inc. recently changed its name to SG Gaming, Inc.  (*See* Decl. of John L. Cuddihy ¶ 2 attached as Exhibit A.)

2. The change was in name only; Defendant's corporate structure has not changed, and no material assets were transferred.  (*Id.* ¶ 2.)

3. While Bally Gaming Inc. did business as Bally Technologies, SG Gaming, Inc. intends to discontinue that practice.  (*Id.* ¶ 4.)

4. A change in the official caption is thus necessary to reflect Defendant's current name.

5. Accordingly, the Parties respectfully request an order modifying the official case caption to replace "Bally Gaming Inc." with "SG Gaming, Inc., fka Bally Gaming Inc." A proposed revised caption is attached to this stipulation as Exhibit B.

6. This stipulation is made in good faith and not for purposes of delay.

Dated: June 16, 2020

**ANDERSEN & BROYLES, LLP**

By: *s/ Karl Andersen*
  Karl Andersen, Esq.
  5550 Painted Mirage Road, Suite 320
  Las Vegas, Nevada 89149

*Attorney for Plaintiff*

Dated: June 16, 2020

**PERKINS COIE LLP**

By: *s/ John H. Gray*
  Jessica L. Everett-Garcia, Esq. (admitted *pro hac vice*)
  John H. Gray, Esq. (admitted *pro hac vice*)
  Nathan R. Kassebaum, Esq. (admitted *pro hac vice*)
  PERKINS COIE LLP
  2901 North Central Avenue, Suite 2000
  Phoenix, Arizona 85012-2788

and

James J. Pisanelli, Esq., Bar #4027
Debra L. Spinelli, Esq., Bar #9695
M. Magali Mercera, Esq., Bar #11742)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Defendant and Counterclaimant Bally Gaming, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 18, 2020

148133806.3

-2-