# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW VISION GAMING & DEVELOPMENT, INC., <br><br> Plaintiff <br><br> v. <br><br> SG GAMING INC., <br><br> Defendant | Case No.: 2:17-cv-01559-APG-BNW <br><br> **Order** |

This case has been stayed for years while the parties pursued proceedings before the United States Patent Trial and Appeal Board and related appeals. Rather than require the parties to continually file status reports, a more prudent move would be to administratively close this case without prejudice to any party moving to reopen it should circumstances change. If the parties agree to administrative closure of the case, they can file a stipulation to that effect. If they do not agree, then they will file a status report setting out their respective positions.

I THEREFORE ORDER that by February 24, 2023, the parties must show cause why this action should not be administratively closed without prejudice to any party moving to reopen it should circumstances change. The parties may file either a stipulation to administratively close this case or a status report setting forth their respective positions regarding administrative closure.

DATED this 30th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE