# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NEW VISION GAMING &
DEVELOPMENT, INC.,

     Plaintiff

v.

SG GAMING INC.,

     Defendant

Case No.: 2:17-cv-01559-APG-BNW

**Order**

     Based on the parties' response to my order to show cause, I will not administratively close this case at this time.  Rather, the parties are to provide a further status report no later than March 24, 2023 and each month after that date.

     DATED this 27th day of February, 2023.

 

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE