UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW VISION GAMING & DEVELOPMENT, INC., <br><br> Plaintiff <br><br> v. <br><br> BALLY GAMING, INC., <br><br> Defendant | Case No.: 2:17-cv-01559-APG-PAL <br><br> **Order Lifting Stay** |

In light of the parties' joint status report (ECF No. 144),

I ORDER that the stay in this case is lifted.

I FURTHER ORDER that by September 12, 2024, defendant LNW Gaming, Inc. may file a motion to amend its counterclaims if it chooses to do so.

I FURTHER ORDER that the parties shall file a joint proposed scheduling order by September 27, 2024.

DATED this 27th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE