JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@howardandhoward.com
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone:  702/257-1483

*Attorneys for Plaintiff / Counter-Defendant*
  *New Vision Gaming and Development, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW VISION GAMING AND DEVELOPMENT, INC., a Massachusetts corporation,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>LNW GAMING, INC., f/k/a SG GAMING, INC. and BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant / Counterclaimant. | Case No. 2:17-cv-01559-APG-BNW<br><br>**JOINT STATUS REPORT REGARDING RESOLUTION OF ACTION AND REQUEST FOR CONTINUANCE PURSUANT TO LR IA 6-1** |

Plaintiff and Counter-Defendant New Vision Gaming and Development, Inc. ("NVG"), and Defendant and Counterclaimant LNW Gaming, Inc. ("LNW") (and together, the "Parties"), hereby submit the following joint status report (1) regarding the Parties' agreement to resolve this action and intent to execute a confidential settlement agreement to memorialize the terms of resolution, and (2) requesting a continuance of case deadlines pursuant to LR IA 6-1.

As a part of the Parties' resolution agreement, the Parties expect to execute a settlement agreement within thirty (30) days, which will provide that LNW will make a settlement payment to NVG within thirty (30) days of the full execution of the settlement agreement. The parties will stipulate to dismissing the above-captioned action shortly after the settlement payment is made.

Based upon the foregoing, and pursuant to LR IA 6-1, the Parties therefore request that this Court stay all remaining scheduling order and discovery plan deadlines for a period of sixty (60) days to allow the Parties to effectuate the above agreed upon terms. The remaining current scheduling order and discovery plan dates are as follows: (a) Close of Expert Discovery (April 17, 2026); Dispositive Motions or Pre-Trial Order (May 11, 2026).

- 1 -

Should the Parties not otherwise dismiss this action as contemplated by their resolution agreement beforehand, they respectfully request that the Court schedule a status conference to occur subsequent to the expiration of said sixty (60) day period.

The Parties represent that this Stipulation is being entered in good faith and is not intended to vex or harass or to unreasonably delay these proceedings.

**IT IS SO AGREED AND STIPULATED.**

Dated this 15th day of April 2026.

**HOWARD & HOWARD ATTORNEYS PLLC**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ. (NBN08384)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Plaintiff and Counter-Defendant New Vision Gaming and Development, Inc.*

Dated this 15th day of April 2026.

**PERKINS COIE LLP**

*/s/ Gene W. Lee*
GENE W. LEE
NY Reg. No. 2564284, Admitted PHV
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036

JOHN G. GRAY, Admitted PHV
JESSICA L. EVERETT-GARCIA, Admitted PHV
SAMANTHA J. BURKE, Admitted PHV
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016

and

**PISANELLI BICE PLLC**

JAMES J. PISANELLI, ESQ. (NB04027)
DEBRA L. SPINELLI, ESQ. (NBN09695)
M. MAGALI MERCERA, ESQ. (NBN11742)
400 South Seventh Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant and Counterclaimant LNW Gaming, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:   April 16, 2026

- 2 -