JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@howardandhoward.com
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone:  702/257-1483

*Attorneys for Plaintiff / Counter-Defendant*
  *New Vision Gaming and Development, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW VISION GAMING AND DEVELOPMENT, INC., a Massachusetts corporation,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>LNW GAMING, INC., f/k/a SG GAMING, INC. and BALLY GAMING, INC., a Nevada corporation,<br><br>Defendant / Counterclaimant. | Case No. 2:17-cv-01559-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND 41(c)** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), and consistent with the terms of a confidential Settlement Agreement (the "Settlement Agreement") having an effective date of May 18, 2026, Plaintiff and Counter-Defendant New Vision Gaming and Development, Inc. ("New Vision"), and Defendant and Counterclaimant LNW Gaming, Inc. f/k/a SG Gaming, Inc. and Bally Gaming, Inc. ("LNW Gaming") (and together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree (the "Stipulation of Dismissal") to dismiss all claims, counterclaims, and affirmative defenses alleged by the Parties in the above-caption action with prejudice.

///

///

///

///

- 1 -

The Parties further stipulate and agree that this Stipulation of Dismissal shall not affect the terms and conditions of the Settlement Agreement, and that all terms and conditions of the Settlement Agreement shall remain in full force and effect following entry of this Stipulation of Dismissal.

New Vision and LNW Gaming shall each bear its own costs and attorneys' fees incurred in this action.

**IT IS SO AGREED AND STIPULATED.**

Dated this 15th day of June 2026.

**HOWARD & HOWARD ATTORNEYS PLLC**

/s/ James D. Boyle
JAMES D. BOYLE, ESQ. (NBN08384)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Plaintiff and Counter-Defendant New Vision Gaming and Development, Inc.*

Dated this 15th day of June 2026.

**PERKINS COIE LLP**

/s/ Gene W. Lee
GENE W. LEE
NY Reg. No. 2564284, Admitted PHV
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036

JOHN G. GRAY, Admitted PHV
JESSICA L. EVERETT-GARCIA, Admitted PHV
SAMANTHA J. BURKE, Admitted PHV
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016

and

**PISANELLI BICE PLLC**

JAMES J. PISANELLI, ESQ. (NB04027)
DEBRA L. SPINELLI, ESQ. (NBN09695)
M. MAGALI MERCERA, ESQ. (NBN11742)
400 South Seventh Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant and Counterclaimant LNW Gaming, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   June 16, 2026

- 2 -